Person Filing: Sarah Jennifer Lovett
Address (if not protected): 12391 Squirrel Tree Ln
City, State, Zip Code: Belvidere, IL 61008
Telephone: (309) 752-8855
Email Address: bernadette84@hotmail.com
ATLAS Number:
Lawyer's Bar Number: n/a

For Clerk's Use Only

Representing ☒ Self, without a Lawyer OR ☐ Attorney for ☐ Petitioner OR ☐ Respondent

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA

Omar AlGhizawat
Petitioner

Sarah Jennifer Lovett, et al.
Respondent

Case No. CV-26-02393-PHX-JJT

# GOOD FAITH CONSULTATION CERTIFICATE

Name of Judge/Commissioner Honorable John J. Tuchi

The following issue exists between the parties and the applicable Rule of Civil Procedure requires "good faith consultation" to resolve the issue before presenting the issue to the Court:

civil lawsuit for Defamation Per Se, Intentional Infliction of Emotional Distress, and Civil Conspiracy

Pursuant to Local Rule 12(c) of Civil Procedure of Arizona, the ☐ Petitioner or ☒ Respondent submits this Good Faith Consultation Certificate and states either:

a. ☒ A good-faith attempt to resolve the issue was made with the opposing party, or counsel if represented, and the consultation or attempted consultation was made in person or by telephone (and not merely by letter or email) as follows:

Per order, attempt was made by email on 7/24/26 Petitioner refusing to adjust his position, by serviced by email, or be given a deadline.

OR

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

b. ☐ The parties are not required to meet personally or contact each other because there is a current court order prohibiting contact between the parties, there is a history of domestic violence between the parties, or an allegation of domestic violence, and the alleged victim of the domestic violence is self-represented.

## VERIFICATION

Under penalty of perjury, I state to the Court that the contents of this document are true and correct.

____________________ Date

____________________ Signature of Person Filing Document

## CERTIFICATE OF SERVICE

☒ I filed the original of the attached document with the Clerk of Superior Court in the county listed above on 07 26 2026.
Month Date Year

☐ I mailed or delivered a copy of the attached document to the judicial officer (judge or commissioner) assigned to this case on ____________________.
Month Date Year

☐ I mailed or delivered a copy of the attached document to the Office of the Attorney General for the State of Arizona (if applicable) on ____________________.
Month Date Year

☒ I mailed or delivered a copy of the attached document to the opposing party or the opposing party's attorney, if represented by counsel, on 07 24 2026.
Month Date Year

| | |
|---|---|
| Omar AlGhizawat | n/a |
| Name of Opposing Party | Name of Opposing Party's Attorney |
| 1801 Betts St NE | n/a |
| Address of Opposing Party | Address of Opposing Party's Attorney |
| Albuquerque, NM 87112 | n/a |
| City, State, Zip Code | City, State, Zip Code |
| ____________________ | ____________________ |
| Date | Signature |

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED