Outlook

## Re: Urgent: Court Order. Response required by 7/30/26 at 12pm Central Time

**From** Omar AlGhizawat <Omarghizawat@live.com>
**Date** Sun 7/26/2026 12:01 PM
**To** Sarah ___ <bernadette84@hotmail.com>

Ms. Lovett,

I acknowledge receipt of your July 24, 2026 email and the attached draft Motion to Dismiss, and I have reviewed both.

Conferring under LRCiv 12.1(c): I do not offer an amendment to the First Amended Complaint in response to the issues you have raised. The grounds you identify — absolute privilege and witness immunity — are legal defenses for the Court to decide on motion rather than matters addressed by amendment. Nothing in this response concedes that the First Amended Complaint is deficient in any respect, and I reserve all rights. You may proceed to file.

Two matters for the record. I have not consented in writing to service by electronic means, so email does not effect service under Fed. R. Civ. P. 5(b)(2)(E); service will be effected by the CM/ECF notice of electronic filing when you file. And no order of the Court sets a July 30 deadline for me — my time to respond runs under LRCiv 7.2(c) from service of the motion as filed.

Omar M. AlGhizawat
**Email:** OmarGhizawat@live.com
**Cell:** (480) 231-0414
**Address:** 1801 Betts Street Northeast
Albuquerque, New Mexico 87112

---

**From:** Sarah ____ <bernadette84@hotmail.com>
**Sent:** Friday, July 24, 2026 6:24 PM
**To:** Omar AlGhizawat <omarghizawat@live.com>
**Subject:** Urgent: Court Order. Response required by 7/30/26 at 12pm Central Time

Omar AlGhizawat,

As was noted in the Judge's previous order, both pro se litigants must confer in writing by email to show if further motions are needed.

I have attached a copy of my revised Motion to Dismiss regarding the lawsuit you filed on 4/6/26. It has been revised due to your First Amended Complaint. The remaining claims against me are as follows: Defamation Per Se, Intentional Infliction of Emotional Distress, and Civil Conspiracy.

The above claims continue to be covered under *Absolute Witness Immunity and Litigation Privilege,* as well as *Failure to State a Claim.* It prevents lawsuits due to people complying with government progress

and being a witness in cases. I complied with a military investigation as a victim when they came to my door and asked me to speak to them regarding a pattern of sexual assaults. They had already spoken to an unknown female and to Werda by then. I complied with the military and gave them the information they requested. I did not seek out the military, but I did comply. You have to be able to prove my statements directly caused you injury and even if you find them to be false, which they are not, you cannot bring a lawsuit against me for it. As to any statements you believe I may have had with Werda Shekuna, you would need to provide the specific published statements, prove they are false, and then prove they directly caused injury. Due to none of these being able to be done, the lawsuit against me as a Defendant must be dismissed.

This email constitutes as service.

Signed,
Sarah Lovett

(Response required by 7/30/26 by 12pm Central Time)