**COPY**

MAY 09 2016

MICHAEL K. JEANES, CLERK
K. MARQUEZ
DEPUTY CLERK

## TRIAL COURTS OF ARIZONA IN MARICOPA COUNTY

Sarah Jennifer Lovett
Your name. (Plaintiff)

vs.

Omar Mousa Al-Ghizawat
Other party's name. (Defendant)

Case No. ______________

**PROOF OF FILING PETITION FOR ORDER OF PROTECTION (PRAECIPE)**

FC2016-092393

By signing this document, I am telling the court that I have done the following things:

1. **COURT PAPERS TO BE FILLED OUT.**
   - I have completely filled out the "Petition for Order of Protection", and
   - I have put my name and the other party's name in the caption of the "Order of Protection" and filled in the description of the defendant, and
   - I have put my name and the other party's name in the caption of the "Declaration of Service", and,
2. **FILING COURT PAPERS.** I have given this document, the "Petition for Order of Protection", the "Order of Protection", and the "Declaration of Service" to the Clerk, and,
3. **COURT PAPERS FOR THE CLERK AND JUDGE.** The Clerk has kept this document, and returned the "Petition for Order of Protection" the Order of Protection", the "Declaration of Service", and a copy of this document to me to give to the judge.
4. **PROTECTED ADDRESS.** ☐ Keep my address private. (Do not check this box if the Defendant knows the address.)

TODAY'S DATE: 5/9/2016

SIGN YOUR NAME: Sarah Jennifer Lovett
Plaintiff should sign this paper before giving this paper and the other documents to the Clerk.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
PPR



DVOP13f-042711