Kylie El-Wailly # 031854
**MODERN LAW**
1744 South Val Vista Dr., Ste. 205
Mesa, Arizona 85204
(480) 649-2905
(480) 717-4779 Fax
Kylie@mymodernlaw.com

*Attorney for Petitioner*

**IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| In Re the Marriage of:<br><br>**SARAH JENNIFER LOVETT**,<br><br>Petitioner,<br><br>and<br><br>**OMAR MOUSA AL-GHIZAWAT**,<br><br>Respondent. | Case No.: FC2016-091749<br><br>**PETITIONER/MOTHER'S MOTION FOR PRE-DECREE TEMPORARY ORDERS**<br><br>(Hon. Jeffrey Rueter) |

**COMES NOW,** Petitioner/Mother, SARAH JENNIFER LOVETT ("Mother"), by and through undersigned counsel, and requests the Court enter Temporary Orders for Legal Decision-Making, Parenting Time, and Child Support, pursuant to Rule 47 of the Arizona Rules of Family Law Procedure.

1. Mother filed her *Petition for Dissolution with Children* on February 22, 2016. Mother incorporates by reference all the allegations and facts asserted in the Petition.

2. On information and belief, no temporary orders have been entered regarding these matters, and there are no pending proceedings for temporary orders in this, or any other court.

3. Mother is not currently pregnant.

4. Domestic violence has occurred between the parties.