5. The parties have one (1) minor child in common, namely, **MARIANNA AL-GHIZAWAT** ("Child"), born May 24, 2013 (age 3).

6. **TEMPORARY LEGAL DECISION-MAKING AUTHORITY:** Mother believes that it is in the best interests of the Child that Mother has temporary sole legal decision-making authority. Since the filing of the Petition for Dissolution, Father's behavior has become unstable, erratic, and dangerous. It is Mother's position that Father has committed an act of domestic violence, pursuant to A.R.S. § 25-403.03. Specifically, Father told Mother's boyfriend that he was going to kill her. Father then showed up at Mother's house, screaming and banging on her front door. Mother currently has an order of protection against him.

7. Father also has not seen the Child in multiple months, nor has he asked Mother to see the child. Mother has had to make any and all decisions for the Child without Father's input. Due to Father's recent behavior, acts of domestic violence, and lack of involvement in the Child's life, it is in the best interests of the Child that Mother be awarded sole legal decision-making.

8. **PARENTING TIME:** It is Mother's position that Father's parenting time be limited to supervised or no parenting time. As discussed above, Father recently committed an act of domestic violence towards Mother. Further, Father threatened to kidnap the child. Father has dual citizenship with the United States and Jordan. Mother is extremely concerned that due to Father's recent threats, that he may leave the country with the Child. Mother is also concerned that the child will be in immediate harm if left with Father unsupervised, because of his recent behavior towards Mother. Father is very unstable and Mother believes Father will do something drastic.