1. *The past, present and potential future relationship between the parent and the child.*

Father stayed home with the child not long after the child was born, and was at that time closely bonded with her. Since moving away, however, Father has only spent a handful of days with the child. There is the potential for a bonded relationship with Father in the future, provided Father spends more time with the child. Mother testified that the child often does not wish to speak to Father on the phone. Mother has a close relationship with the child, as she has been the child's primary caregiver since the parties separated.

2. *The interaction and interrelationship of the child with the child's parent or parents, the child's siblings and any other person who may significantly affect the child's best interest.*

No credible evidence was presented regarding the child's relationship with other children or individuals in the parties' families.

3. *The child's adjustment to home, school and community.*

The child is five years old and is generally well adjusted to school and home.

4. *If the child is of suitable age and maturity, the wishes of the child as to legal decision-making and parenting time.*

The child is five years old and not of suitable age and maturity to have her wishes considered. The Court notes, however, that the child has only seen her Father a handful of times in the last few years. Mother testified credibly that she believes the child would be fearful of going to stay with Father in Louisiana since she has little contact with him at this point, and the child has objected to or resisted even speaking to Father on the phone at times.

5. *The mental and physical health of all individuals involved.*

There are no mental or physical health concerns regarding Father, Mother or the child.

6. *Which parent is more likely to allow the child frequent, meaningful and continuing contact with the other parent.*

The evidence presented at trial indicated that Mother has communicated to Father that he can visit the child as much as he wishes to in Arizona. Mother even offered for Father to stay at Mother's home during his parenting time if he had nowhere else to stay. Father rejected this offer as unrealistic in Court, but messages between the parties indicates that Father has even asked Mother if he could stay with her if necessary. Father claims that Mother has discouraged the child